**FILED**

**FEB 2 2 2017**

DAVID CREWS, CLERK
BY _____
/Deputy

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.

KEDGRIN DEMETRIC SALLEY

CRIMINAL NO. 1:17CR012
18 U.S.C. § 922 (g)(1)
21 U.S.C. § 841 (a)(1) and (b)(1)(C)
18 U.S.C. § 924 (c)

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about September 16, 2016, in the Northern District of Mississippi, **KEDGRIN DEMETRIC SALLEY**, defendant, knowingly possessed a firearm in and affecting interstate commerce, namely a Taurus, Model PT-140 (Millenium) .40 caliber handgun, and a Masterpiece Arms, Model MPA30T, 9mm handgun, after having previously been convicted of a felony, that is a crime punishable by a term of imprisonment exceeding one year, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924 (a)(2).

### COUNT TWO

On or about September 16, 2016, in the Northern District of Mississippi, **KEDGRIN DEMETRIC SALLEY**, defendant herein, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT THREE

On or about September 16, 2016, in the Northern District of Mississippi, **KEDGRIN DEMETRIC SALLEY**, defendant, knowingly did knowingly possessed a firearm, namely a Taurus, Model PT-140 (Millenium) .40 caliber handgun, and a Masterpiece Arms, Model MPA30T, 9mm handgun, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, all in violation of Title 18, United States Code, Section 924 (c)(1)(A).

A TRUE BILL

_Felicia C. Adams_
UNITED STATES ATTORNEY

/s/ signature redacted
FOREPERSON